**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ROTATABLE TECHNOLOGIES LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**NOKIA INC.;**<br><br>    **Defendant.** | **CIVIL ACTION NO.2:12-CV-265**<br><br>**JURY TRIAL DEMANDED**<br><br>**LEAD CASE** |
| **ROTATABLE TECHNOLOGIES LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**APPLE, INC.,** *et al.*,<br><br>    **Defendants.** | **CIVIL ACTION NO. 2:12-CV-292**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CALLVINE, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rotatable Technologies LLC hereby voluntarily dismisses all claims in this action WITHOUT PREJUDICE against Defendant Callvine, Inc., with each party to bear its own costs and attorneys' fees.

DATED August 28, 2012.                    Respectfully submitted,

By: \s\ *Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com

        Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni Law Firm, PLLC**
8140 Walnut Hill, Ste. 310
Dallas, TX 75231
Telephone: 972.331.4600
Fax: 972.314.0900

**ATTORNEYS FOR PLAINTIFF**
**ROTATABLE TECHNOLOGIES LLC**

### CERTIFICATE OF SERVICE

     I hereby certify that on the 28th day of August, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        /s/  *Stevenson Moore*___
        Stevenson Moore