**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ROTATABLE TECHNOLOGIES LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**NOKIA INC.;**<br><br>  Defendant.<br><br><br>**ROTATABLE TECHNOLOGIES LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**APPLE, INC.,** *et al.*,<br><br>  Defendants. | **CIVIL ACTION NO.2:12-CV-265**<br><br>**JURY TRIAL DEMANDED**<br><br>**LEAD CASE**<br><br><br><br><br>**CIVIL ACTION NO. 2:12-CV-292**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL OF TARGET CORPORATION**

Plaintiff Rotatable Technologies LLC ("Rotatable") and Defendant Target Corporation ("Target") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Rotatable and Target stipulate that:

1. Rotatable consents to dismissal with prejudice of all of its claims against Target in this suit.

2. Target consents to dismissal with prejudice of all of its claims against Rotatable in this suit.

3. Rotatable and Target shall each bear their own attorney fees and costs incurred in connection with this action.

4.     This Court retains jurisdiction over the parties and the settlement agreement for purposes of resolving any dispute that may arise under it.

Dated: September 14, 2012                    Respectfully submitted,

| | |
|---|---|
| */s/ Timothy T. Wang* | By: */s/ Virginia DeMarchi* |
| Hao Ni | |
| Texas Bar No. 24047205 | J. David Hadden (CA Bar No. 176148) |
| hni@nilawfirm.com | (Admitted E.D. Texas) |
| Timothy T. Wang | Virginia DeMarchi (CA Bar No. 168633) |
| Texas Bar No. 24067927 | (Admitted E.D. Texas) |
| twang@nilawfirm.com | Darren E. Donnelly (CA Bar No. 194335) |
| Stevenson Moore V | (Admitted E.D. Texas) |
| Texas Bar No. 24076573 | Michael C. Saunders (CA Bar No. 270414) |
| smoore@nilawfirm.com | (Admitted E.D. Texas) |
| | FENWICK & WEST LLP |
| **Ni Law Firm, PLLC** | Silicon Valley Center |
| 8140 Walnut Hill Lane, Suite 310 | 801 California Street |
| Dallas, TX 75231 | Mountain View, California  94041 |
| Telephone: 972/331-4600 | Telephone:  (650) 988-8500 |
| Fax: 972/314-0900 | Facsimile:   (650) 938-5200 |
| | Email:  dhadden@fenwick.com |
| **ATTORNEYS FOR** | vdemarchi@fenwick.com |
| **ROTATABLE** | ddonnelly@fenwick.com |
| **TECHNOLOGIES LLC** | msaunders@fenwick.com |
| | |
| | Ryan J. Marton (CA Bar No. 223979) |
| | (Admitted E.D. Texas) |
| | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| | San Francisco, CA  94104 |
| | Telephone: (415) 875-2300 |
| | Email: rmarton@fenwick.com |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **TARGET CORPORATION** |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 14th day of September, 2012.

      \s\ *Timothy T. Wang*
      Timothy T. Wang