**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ROTATABLE TECHNOLOGIES LLC,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**NOKIA INC.;**<br><br>    **Defendant.** | **CIVIL ACTION NO.2:12-CV-265**<br><br>**JURY TRIAL DEMANDED**<br><br>**LEAD CASE** |
| **ROTATABLE TECHNOLOGIES LLC,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**APPLE, INC.,** *et al.***,**<br><br>    **Defendants.** | **CIVIL ACTION NO. 2:12-CV-292**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL OF NETFLIX, INC.**

Plaintiff Rotatable Technologies LLC ("Rotatable") and Defendant Netflix, Inc. ("Netflix") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Rotatable and Netflix stipulate that:

1. Rotatable consents to dismissal with prejudice of all of its claims against Netflix in this suit.

2. Netflix consents to dismissal with prejudice of all of its claims against Rotatable in this suit.

3. Rotatable and Netflix shall each bear their own attorney fees and costs incurred in connection with this action.

4. This Court retains jurisdiction over the parties and the settlement agreement for purposes of resolving any dispute that may arise under it.

Dated: September 14, 2012                Respectfully submitted,

| | |
|---|---|
| */s/ Timothy T. Wang*<br>Hao Ni<br>Texas Bar No. 24047205<br>hni@nilawfirm.com<br>Timothy T. Wang<br>Texas Bar No. 24067927<br>twang@nilawfirm.com<br>Stevenson Moore V<br>Texas Bar No. 24076573<br>smoore@nilawfirm.com<br><br>**Ni Law Firm, PLLC**<br>8140 Walnut Hill Lane, Suite 310<br>Dallas, TX 75231<br>Telephone: 972/331-4600<br>Fax: 972/314-0900<br><br>**ATTORNEYS FOR ROTATABLE TECHNOLOGIES LLC** | By: */s/ Virginia DeMarchi*<br><br>J. David Hadden (CA Bar No. 176148)<br>(Admitted E.D. Texas)<br>Virginia DeMarchi (CA Bar No. 168633)<br>(Admitted E.D. Texas)<br>Darren E. Donnelly (CA Bar No. 194335)<br>(Admitted E.D. Texas)<br>Michael C. Saunders (CA Bar No. 270414)<br>(Admitted E.D. Texas)<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California  94041<br>Telephone:  (650) 988-8500<br>Facsimile:   (650) 938-5200<br>Email:  dhadden@fenwick.com<br>         vdemarchi@fenwick.com<br>         ddonnelly@fenwick.com<br>         msaunders@fenwick.com<br><br>Ryan J. Marton (CA Bar No. 223979)<br>(Admitted E.D. Texas)<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone: (415) 875-2300<br>Email: rmarton@fenwick.com<br><br>**ATTORNEYS FOR DEFENDANT NETFLIX, INC.** |

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 14th day of September, 2012.

                                         \s\   *Timothy T. Wang*   
                                         Timothy T. Wang