**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ROTATABLE TECHNOLOGIES LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**NOKIA INC.,**<br><br>    **Defendant.** | **CIVIL ACTION NO.2:12-CV-265**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL OF ACTION**

Plaintiff Rotatable Technologies LLC ("Rotatable") and Defendant Nokia Inc. ("Nokia") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Rotatable and Nokia stipulated that:

1. Rotatable consents to dismissal with prejudice of all its claims against Nokia in this suit.

2. Rotatable and Nokia shall each bear their own attorney fees and costs incurred in connection with this action.

3. This Court retains jurisdiction over the parties and the settlement agreement for purposes of resolving any dispute that may arise under it.


DATED November 8, 2012.                    Respectfully submitted,

By: \s\ *Stevenson Moore*                  /s/ *Robert F. Perry*
   Hao Ni                                  Robert F. Perry
   Texas Bar No. 24047205                  rperry@kslaw.com
   hni@nilawfirm.com                       Allison H. Altersohn
   Timothy T. Wang                         aaltersohn@kslaw.com
   Texas Bar No. 24067927
   twang@nilawfirm.com                     KING & SPALDING LLP
   Stevenson Moore V                       1185 Avenue of the Americas
   Texas Bar No. 24076573                  New York, New York 10036
   smoore@nilawfirm.com                    Telephone: (212) 556-2100
                                           Facsimile: (212) 556-2222

   Ni Law Firm, PLLC
   8140 Walnut Hill, Ste. 310              *Attorneys for Nokia Inc.*
   Dallas, TX 75231
   Telephone: 972.331.4600
   Fax: 972.314.0900

**ATTORNEYS FOR PLAINTIFF**
**ROTATABLE TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of November, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                              /s/ *Stevenson Moore*___
                              Stevenson Moore