IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ROTATABLE TECHNOLOGIES LLC,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**NOKIA INC.,**<br><br>      **Defendant.** | **CIVIL ACTION NO.2:12-CV-265**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL OF ACTION

In light of the Stipulation of Dismissal filed by Plaintiff Rotatable Technologies LLC ("Rotatable") and Nokia Inc. ("Nokia"), the Court HEREBY ORDERS as follows:

1. Rotatable's claims against Nokia are hereby dismissed with prejudice

2. Rotatable and Nokia shall each bear their own attorney fees and costs incurred in connection with this action.

3. This Court retains jurisdiction over the parties and the settlement agreement for purposes of resolving any dispute that may arise under it.

**So ORDERED and SIGNED this 12th day of November, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE