IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTATABLE TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No.: 2:12-cv-265-JRG-RSP |
| v. | CONSOLIDATED |
| NOKIA, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## APPLE'S NOTICE OF COMPLIANCE REGARDING PATENT RULES 3-3 AND 3-4

Pursuant to the Court's Order of October 30, 2012 (Dkt. No. 54), Defendant, Apple Inc. hereby notifies the Court that it served Defendants' P.R. 3-3 and 3-4 Disclosures on Plaintiff's counsel of record on December 3, 2012.

December 4, 2012

Respectfully submitted,

*/s/ Lou Brucculeri*
Keith A. Rutherford
Texas State Bar No. 17452000
Lou Brucculeri
Texas State Bar No. 00783737
Susan K. Knoll
Texas State Bar No. 11616900
Keana T. Taylor
Texas State Bar No. 24042013
WONG, CABELLO, LUTSCH,
 RUTHERFORD & BRUCCULERI, L.L.P.
20333 SH 249, Suite 600
Houston, Texas 77070
Telephone: (832) 446-2400
Facsimile: (832) 446-2424
E-Mail: krutherford@counselip.com
E-Mail: lbrucculeri@counselip.com
E-Mail: sknoll@counselip.com
E-Mail: ktaylor@counselip.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that today, December 4, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Nanci D. Mohr*
Nanci D. Mohr