IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Rotatable Technologies LLC | § | |
| | § | Civil Action No. 2:12-cv-265-JRG |
| v. | § | **LEAD CASE** |
| | § | Jury Trial Demanded |
| Nokia, Inc. | § | |

### NOTICE OF COMPLIANCE REGARDING P.R. 4-2 DISCLOSURES OF DEFENDANTS SAMSUNG TELECOMMUNICATIONS AMERICA, LLC AND SAMSUNG ELECTRONICS AMERICA, INC.

Pursuant to Patent Rule 4-2 and the Court's September 17, 2012 Docket Control Order (Dkt. #45 in the LEAD case), Defendants Samsung Telecommunications America, LLC and Samsung Electronics America, Inc. hereby notify the Court that they served their Preliminary Claim Constructions via email on counsel for Plaintiff on April 1, 2013.

Dated: April 2, 2013

Respectfully submitted by,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
(903) 597-8311
(903) 593-0846 – fax

**Of Counsel**

Jesse J. Jenner
jesse.jenner@ropesgray.com
Gene W. Lee
gene.lee@ropesgray.com
Janice Jabido
janice.jabido@ropesgray.com

{A07/9190/0001/W1015644.1 }

> Sharon Lee
> sharon.lee@ropesgray.com
> ROPES & GRAY, LLP
> 1211 Avenue of the Americas
> New York, NY 10036
> Telephone: (212) 596-9000
> Facsimile: (212) 596-9090
>
> **ATTORNEYS FOR DEFENDANTS SAMSUNG TELECOMMUNICATIONS AMERICA, LLC AND SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 2, 2013.

> */s/ Michael E. Jones*