# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ROTATABLE TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NOKIA INC. ET AL.,**<br><br>Defendants. | **CIVIL ACTION NO.2:12-CV-265**<br><br>**JURY TRIAL DEMANDED**<br>**CONSOLIDATED** |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to local Patent Rule 4-3 of the United States District Court for the Eastern District of Texas and the Court's Docket Control Order dated September 17, 2012, Plaintiff Rotatable Technologies LLC ("Rotatable"), and consolidated Defendants Apple Inc. ("Apple"), Samsung Telecommunications America, LLC and Samsung Electronics America, Inc. (collectively "Samsung"), Quickoffice, Inc. ("Quickoffice"), and Motorola Mobility LLC. ("Motorola") (collectively "Defendants") file this Joint Claim Construction and Prehearing Statement.  Plaintiff and Defendants will be addressing the claim terms of asserted U.S. Patent No. 6,326,978 ("the '978 Patent").

    **A.**    **Agreed Upon and Disputed Claim Terms, Phrases or Clauses (P.R. 4-3(a)).**

There are no claim terms, phrases, or clauses on which the parties agree.

    **B.**    **Disputed Claim Terms (P.R. 4-3(b)).**

Pursuant to Local Patent Rule 4-3(b), the chart attached as Exhibit A to this Joint Statement contain Rotatable's and Defendants' respective proposed constructions and supporting evidence for each disputed claim term, phrase, or clause of the '978 patent.

1

### C. Anticipated Length of Time for Claim Construction Hearing (P.R. 4-3(c)).

The parties have met and conferred in good faith regarding the constructions of terms and have narrowed the issues for this Court to resolve. Plaintiff anticipates that the hearing will last for approximately 3 hours. Defendants anticipate that the hearing will last for approximately 4 hours (2 hours per side).

### D. Witnesses and Experts (P.R. 4-3(d))

The Parties do not intend to call any witnesses at the hearing. The Parties do not believe a technical expert is required to define the disputed claim terms. Neither Plaintiff nor Defendants identified any expert testimony as extrinsic evidence.

### E. Other Issues (P.R. 4-3 (e)).

The parties are not aware of any other issues.

| April 22, 2013 | Respectfully submitted, |
|---|---|
| | \s\ *Timothy T. Wang* |
| | Hao Ni |
| | Texas Bar No. 24047205 |
| | hni@nilawfirm.com |
| | Timothy T. Wang |
| | Texas Bar No. 24067927 |
| | twang@nilawfirm.com |
| | Stevenson Moore V |
| | Texas Bar No. 24076573 |
| | smoore@nilawfirm.com |
| | |
| | **Ni, Wang & Associates, PLLC** |
| | 8140 Walnut Hill Ln., Ste. 310 |
| | Dallas, TX 75231 |
| | Telephone: 972.331.4600 |
| | Fax: 972.314.0900 |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **ROTATABLE TECHNOLOGIES LLC** |
| April 22, 2013 | /s/ *Keana T. Taylor* |

|  | Keith A. Rutherford<br>Texas State Bar No. 17452000<br>Lou Brucculeri<br>Texas State Bar No. 00783737<br>Susan K. Knoll<br>Texas State Bar No. 11616900<br>Keana T. Taylor<br>Texas State Bar No. 24042013<br>WONG, CABELLO, LUTSCH,<br>RUTHERFORD & BRUCCULERI, L.L.P.<br>20333 SH 249, Suite 600<br>Houston, Texas 77070<br>Telephone: (832) 446-2400<br>Facsimile: (832) 446-2424<br>E-Mail: krutherford@counselip.com<br>E-Mail: lbrucculeri@counselip.com<br>E-Mail: sknoll@counselip.com<br>E-Mail: ktaylor@counselip.com<br>**ATTORNEYS FOR DEFENDANT APPLE INC.** |
|---|---|
| April 22, 2013 | *s/ Jesse J. Jenner, with permission by Michael E. Jones*<br>Michael E. Jones<br>State Bar No. 10929400<br>POTTER MINTON P.C.<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br>mikejones@potterminton.com<br><br>Of Counsel<br>Jesse J. Jenner (pro hac vice)<br>Gene W. Lee (pro hac vice)<br>David Chun (pro hac vice)<br>ROPES & GRAY, LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Jesse.Jenner@ropesgray.com<br>Gene.Lee@ropesgray.com<br>David.Chun@ropesgray.com<br>Attorneys for Defendants<br><br>ATTORNEYS FOR DEFENDANTS |

| | |
|---|---|
| | SAMSUNG TELECOMMUNICATIONS AMERICA, LLC AND SAMSUNG ELECTRONICS AMERICA, INC. |
| April 22, 2013 | */s/ Michael E. Jones*<br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>Roderick M. Thompson (CA SBN 96192)<br>rthompson@fbm.com<br>Eugene Mar (CA SBN 227071)<br>emar@fbm.com<br>Daniel C. Callaway (CA SBN 262675)<br>dcallaway@fbm.com<br>Cathleen G. Garrigan (CA SBN 254300)<br>cgarrigan@fbm.com<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>**ATTORNEYS FOR DEFENDANTS QUICKOFFICE, INC. AND MOTOROLA MOBILITY LLC** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date.

                                               */s/ Timothy T. Wang*
                                                   Timothy T. Wang