# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ROTATABLE TECHNOLOGIES LLC,**<br><br>       **Plaintiff**<br><br>vs.<br><br>**NOKIA INC.,**<br><br>       **Defendant.** | **Civil Action No. 2:12-cv-265-JRG**<br><br>**JURY TRIAL DEMANDED**<br><br>**CONSOLIDATED CASE** |

## JOINT MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT QUICKOFFICE, INC.

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and (a)(2), Plaintiff Rotatable Technologies LLC, and Defendant Quickoffice Inc., through their counsel of record, jointly move the Court for a dismissal of all claims against Defendant Quickoffice Inc. with prejudice as follows:

    1.    All claims presented by Plaintiff Rotatable Technologies LLC Inc. in this litigation are hereby dismissed with prejudice as to Defendant Quickoffice Inc.;

    2.    Each of Defendant Quickoffice Inc. and Plaintiff Rotatable Technologies LLC shall bear their own costs and fees without prejudice to any other defendant; and

    3.    Defendant Quickoffice Inc. has asserted no counterclaims; therefore this dismissal does not prevent Quickoffice Inc from asserting in another action that the patent in suit is invalid or unenforceable in the event that it is asserted against Quickoffice Inc. in the future.

| | |
|---|---|
| Dated: August 21, 2013 | Respectfully submitted,<br><br>By: \s\ *Timothy T. Wang, with permission by Allen F. Gardner*<br>Hao Ni<br>Texas Bar No. 24047205<br>hni@nilawfirm.com<br>Timothy T. Wang<br>Texas Bar No. 24067927<br>twang@nilawfirm.com<br>Stevenson Moore V<br>Texas Bar No. 24076573<br>smoore@nilawfirm.com<br>Ni, Wang & Associates, PLLC<br>8140 Walnut Hill Ln., Ste. 310<br>Dallas, TX 75231<br>Telephone: 972.331.4600<br>Fax: 972.314.0900<br><br>ATTORNEYS FOR PLAINTIFF<br>ROTATABLE TECHNOLOGIES LLC<br><br><br>By: */s/ Eugene Y. Mar, with permission by Allen F. Gardner*<br>Roderick M. Thompson (CA SBN 96192)<br>rthompson@fbm.com<br>Eugene Mar (CA SBN 227071)<br>emar@fbm.com<br>Daniel C. Callaway (CA SBN 262675)<br>dcallaway@fbm.com<br>Cathleen G. Garrigan (CA SBN 254300)<br>cgarrigan@fbm.com<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Michael E. Jones<br>SBN: 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>SBN: 24043679 |

>allengardner@potterminton.com
>POTTER MINTON, PC
>110 North College, Suite 500
>Tyler, Texas 75702
>Tel: 903-597-8311
>Fax: 903-593-0846
>
>ATTORNEYS FOR DEFENDANT
>QUICKOFFICE, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 21, 2013.

>*/s/ Allen F. Gardner*