# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTATABLE TECHNOLOGIES LLC,<br>         Plaintiff,<br><br>    v.<br><br>NOKIA INC., ET AL,<br>         Defendants. | Civil Action No.: 2:12-cv-265<br>CONSOLIDATED<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT OF NON-INFRINGEMENT

Come now Plaintiff Rotatable Technologies LLC and Defendant Apple Inc. and jointly move the Court to enter the attached Final Judgment regarding U.S. Patent No. 6,326,978.

September 17, 2013                                              Respectfully submitted,

*/s/ Lou Brucculeri*                                              */s/ Stevenson Moore*

Lou Brucculeri                                                      Hao Ni
Texas Bar No. 00783737                                    Texas Bar No. 24047205
Susan K. Knoll                                                    hni@nilawfirm.com
Texas Bar No. 11616900                                    Timothy T. Wang
Keana T. Taylor                                                   Texas Bar No. 24067927
Texas Bar No. 24042013                                    twang@nilawfirm.com
WONG, CABELLO, LUTSCH,                            Stevenson Moore V
RUTHERFORD & BRUCCULERI, L.L.P.   Texas Bar No. 24076573
20333 SH 249, Suite 600                                     smoore@nilawfirm.com
Houston, Texas 77070                                         Ni, Wang & Associates, PLLC
Telephone: (832) 446-2400                                 8140 Walnut Hill Ln., Ste. 310
Facsimile: (832) 446-2424                                  Dallas, TX 75231
E-Mail: lbrucculeri@counselip.com                  Telephone: 972.331.4600
E-Mail: sknoll@counselip.com                          Fax: 972.314.0900
E-Mail: ktaylor@counselip.com

**ATTORNEYS FOR DEFENDANT**            **ATTORNEYS FOR PLAINTIFF**
**APPLE INC.**                                                     **ROTATABLE TECHNOLOGIES LLC**

**CERTIFICATE OF CONFERENCE**

  I certify that today, September 17, 2013, counsel for all parties conferred regarding this motion, and that all parties agree to the relief sought in this motion.

                    */s/ Stevenson Moore*
                    Stevenson Moore

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served today, September 17, 2013, with a true and correct copy of the foregoing document(s) via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) and in compliance with Federal Rules of Civil Procedure 5(d).

                    */s/ Stevenson Moore*
                    Stevenson Moore