**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ROTATABLE TECHNOLOGIES LLC,**  **Plaintiff,**  v.  **NOKIA INC. *ET AL.*,**  **Defendants.** | **CIVIL ACTION NO.2:12-CV-265**  **JURY TRIAL DEMANDED**  **LEAD CASE** |

## NOTICE OF APPEAL

Plaintiff Rotatable Technologies LLC hereby gives notice that it appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgments entered on September 12 (Dkt. Nos. 118 and 119) and September 18, 2013 (Dkt. No. 121) based on the Memorandum Opinion and Order entered August 2, 2013 (Dkt. No. 101), construing certain disputed terms in the asserted claims of U.S. Patent No. 6,326,978.

DATED October 4, 2013.                    Respectfully submitted,

By: \s\ *Timothy T. Wang*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni, Wang & Associates, PLLC**
8140 Walnut Hill Ln., Ste. 310
Dallas, TX 75231
Telephone: 972.331.4600
Fax: 972.314.0900

**ATTORNEYS FOR PLAINTIFF
ROTATABLE TECHNOLOGIES LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date.

\s\ *Timothy T. Wang*
Timothy T. Wang